FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
STRUMWASSER & WOOCHER LLP
100 Wilshire Boulevard, Suite 1900
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: fwoocher@strumwooch.com

J. WILLIAM YEATES (SBN 84343)
KEITH G. WAGNER (SBN 210042)
JASON R. FLANDERS (SBN 238007)
LAW OFFICE OF J. WILLIAM YEATES
3400 Cottage Way, Suite K
Sacramento, CA 95825
Telephone: (916) 609-5000
Facsimile: (916) 609-5001
E-mail: byeates@enviroqualitylaw.com

Attorneys for Plaintiffs William Melendez et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MELENDEZ, KEN GRAY, JYL LUTES, CAROLYN ANDERSON, and LANDWATCH MONTEREY COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; TONY ANCHUNDO, in his capacity as MONTEREY COUNTY REGISTRAR OF VOTERS; COUNTY OF MONTEREY; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. C 06-1730 JW<br><br>[PROPOSED] TEMPORARY RESTRAINING ORDER AND OSC RE: PRELIMINARY INJUNCTION<br><br>Judge: Hon. James Ware<br>Dept: 8<br>Date:<br>Time: |

Printed on Recycled Paper

[PROPOSED] TRO AND OSC RE: PRELIMINARY INJUNCTION

Upon consideration of the pleadings, declarations, and evidentiary exhibits filed in this action establishing as a *prima facie* matter that (1) the General Plan Amendment Initiative should properly be placed on the June 6, 2006, statewide primary election ballot; (2) Defendants have improperly resisted same; and (3) unless the relief sought by Plaintiffs is granted, immediate and irreparable injury will result to them,

NOW, THEREFORE, it is hereby ORDERED that Defendants appear and show cause before the Honorable James Ware, United States District Judge for the Northern District of California, in Courtroom 8 of the United States Courthouse, 280 South First Street, San Jose, California, on _____, 2006, at _____ \_\_.m., or as soon thereafter as the matter can be heard, why a preliminary injunction should not issue pursuant to Rule 65 of the Federal Rules of Civil Procedure, enjoining Defendants Monterey County Board of Supervisors and Monterey County Registrar of Voters Tony Anchundo and their agents, assigns, representatives, employees, and each and every and all persons acting at the direction of or in concert with them, from printing or submitting to the voters any ballots, sample ballots, and Voter Information Pamphlets for the June 6, 2006, statewide primary election that do not contain the General Plan Amendment Initiative certified as sufficient by Registrar of Voters Anchundo on January 26, 2006.

It is FURTHER ORDERED that, pending the hearing on this Order to Show Cause, Defendant Anchundo and his agents, assigns, representatives, employees, and each and every and all persons acting at the direction of or in concert with them, shall be temporarily restrained from refusing to accept (1) primary ballot arguments for or against the General Plan Amendment Initiative that are submitted to his office no later than the close of business on Friday, March 17, 2006, and (2) rebuttal ballot arguments for or against the General Plan Amendment Initiative that are submitted to his office no later than the close of business on Wednesday, March 22, 2006.

Plaintiffs shall serve a copy of this Order, and the papers upon which it is granted, by personal electronic, or facsimile delivery upon Defendants or their counsel on or before _____, 2006.

By _____
Judge James Ware
United States District Judge