United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re County of Monterey Initiative Matter

NO. C 06-01407 JW
C 06-01730 JW

**ORDER CONSOLIDATING CASES**

_____/

Pending before this Court are two civil actions, C 06-1407 and C 06-1730. These cases involve the same issue of law and fact and requesting conflicting relief. The Court orders the cases consolidated. All future papers shall be filed in C 06-1407, the earlier filed case. The Clerk shall close case No. C 06-1730. In all future filings, the caption shall be read: "In re County of Monterey Initiative Matter."

A hearing for motions on Preliminary Injunction in the consolidated cases is set for March 21, 2006 at 10 a.m. The consolidated actions raise a question of law for decision by the Court sitting without a jury. It appears that a ruling on the motions for a preliminary injunction would resolve the cases on the merits. Therefore, pursuant to Rule 65(a)(2), a trial of the actions on the merits is advanced and consolidated with the hearing of the two motions for a preliminary injunctions.

Dated: March 20, 2006

James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Joaquin Guadalupe Avila avilaj@seattleu.edu
John Andrew Ramirez jramirez@rutan.com
Mark J. Austin maustin@rutan.com
Stephen N. Roberts sroberts@nossaman.com
Fredric D. Woocher fwoocher@strumwooch.com
Leroy W. Blankenship blankenshipl@co.monterey.ca.us
Michael J. Stumwasser mstrumwasser@strumwooch.com
Stephen N. Roberts sroberts@nossaman.com

**Dated: March 20, 2006**                    **Richard W. Wieking, Clerk**

                                              **By:   /s/ JW Chambers**
                                                      **Melissa Peralta**
                                                      **Courtroom Deputy**