FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
BRYCE A. GEE (SBN 222700)
STRUMWASSER & WOOCHER LLP
100 Wilshire Boulevard, Suite 1900
Santa Monica, California  90401
Telephone:      (310) 576-1233
Facsimile:        (310) 319-0156
E-mail:  fwoocher@strumwooch.com

J. WILLIAM YEATES (SBN 84343)
KEITH G. WAGNER (SBN 210042)
JASON R. FLANDERS (SBN 238007)
LAW OFFICE OF J. WILLIAM YEATES
3400 Cottage Way, Suite K
Sacramento, CA 95825
Telephone:      (916) 609-5000
Facsimile:        (916) 609-5001
E-mail:  byeates@enviroqualitylaw.com

*Attorneys for Plaintiffs LandWatch Monterey County, et al. and Rancho San Juan Opposition Coalition, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTY OF MONTEREY INITIATIVE MATTER, and<br><br>IN RE MONTEREY REFERENDUM. | CASE NO.  C 06-01407 JW<br>CASE NO.  C 06-01730 JW<br>CASE NO.  C 06-02202 JW<br>CASE NO.  C 06-02369 JW<br><br>*MELENDEZ* PLAINTIFFS' AND *RANCHO SAN JUAN OPPOSITION COALITION* PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT<br><br>Judge: Hon. James Ware<br>Ctrm:  8<br>Date:    February 27, 2007<br>Time:   9:00 a.m. |

1  TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on February 27, 2007, at 9:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable James Ware, in Courtroom 8, 280 South 1st Street, San Jose, California, 95113, Plaintiffs WILLIAM MELENDEZ, KEN GRAY, JYL LUTES, CAROLYN ANDERSON, and LANDWATCH MONTEREY COUNTY, and Plaintiffs RANCHO SAN JUAN OPPOSITION COALITION, CITIZENS FOR RESPONSIBLE GROWTH, and JULIE ENGELL will and hereby do move for summary judgment pursuant to Federal Rule of Civil Procedure 56.  In light of the recent Ninth Circuit en banc decision in *Padilla v. Lever*, 463 F.3d 1046 (9th Cir. 2006) (en banc), which held that Section 203 of the Voting Rights Act does not apply to private recall petitions because they are not "provided" by the State, the Voting Rights Act claims alleged in these consolidated actions have no merit.  Plaintiffs therefore request that the Court grant their motion for summary judgment, dismissing the *Rangel v. County of Monterey* action with prejudice, ordering the County Defendants to submit the Referendum measure at issue in the *In re Monterey Referendum* action to a vote of the electorate at the June 5, 2007, county election, and remanding the *Melendez v. Board of Supervisors* action to state court for resolution of the remaining state law claims.

This Motion is made in accordance with the Court's order dated December 27, 2006, and the parties' stipulated briefing schedule filed February 5, 2007.  This Motion is based upon this Notice of Motion, upon the Memorandum of Points and Authorities in Support of Motion for Summary Judgment, upon the Declaration of Fredric D. Woocher and the exhibits attached thereto, upon the Declaration of Chris Fitz, upon the Proposed Order Granting Plaintiffs' Motion for Summary Judgment, and upon any further briefing and oral argument regarding this Motion.

//
//

DATE: February 7, 2007

Respectfully submitted,

STRUMWASSER & WOOCHER LLP
Fredric D. Woocher
Michael J. Strumwasser
Bryce Gee

By _____/s/_____
    Fredric D. Woocher

*Attorneys for Plaintiffs LandWatch Monterey County, et al. and Rancho San Juan Opposition Coalition, et al.*