FREDRIC D. WOOCHER (SBN 96689)
MICHAEL J. STRUMWASSER (SBN 58413)
BRYCE A. GEE (SBN 222700)
STRUMWASSER & WOOCHER LLP
100 Wilshire Boulevard, Suite 1900
Santa Monica, California 90401
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: fwoocher@strumwooch.com

J. WILLIAM YEATES (SBN 84343)
KEITH G. WAGNER (SBN 210042)
JASON R. FLANDERS (SBN 238007)
LAW OFFICE OF J. WILLIAM YEATES
3400 Cottage Way, Suite K
Sacramento, CA 95825
Telephone: (916) 609-5000
Facsimile: (916) 609-5001
E-mail: byeates@enviroqualitylaw.com

*Attorneys for Plaintiffs William Melendez, et al.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COUNTY OF MONTEREY INITIATIVE MATTER,<br><br>WILLIAM MELENDEZ; *et al.*,<br><br>Petitioners and Plaintiffs,<br><br>v.<br><br>BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY; *et al.*,<br><br>Respondents and Defendants. | CASE NO. C 06-01730 JW<br><br>JOINT STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO FURTHER EXTEND TIME TO FILE MOTION FOR ATTORNEYS' FEES<br><br>Judge: Hon. James Ware<br>Ctrm: 8 |

1   WHEREAS, on March 29, 2007, the Court entered summary judgment in Case No. C 06-01730 in favor of Plaintiffs William Melendez, Ken Gray, Jyl Lutes, Carolyn Anderson, and LandWatch Monterey County ("Plaintiffs"), and against Defendant County of Monterey ("Defendant");

WHEREAS, in that judgment, the Court ordered that Plaintiffs are entitled to recover their reasonable costs and attorneys' fees, and reserved for post-judgment consideration of any motion for reasonable attorneys' fees or costs;

WHEREAS, under Rule 54 of the Federal Rules of Civil Procedure and Civil Local Rule 54-6 of the Local Rules for the Northern District of California, a motion for an award of attorneys' fees must be served and filed within 14 days of entry of judgment by the District Court, and pursuant to Civil Local Rule 54-6, subdivision (b), counsel is to meet and confer prior to the filing of said motion for the purpose of attempting to resolve any disputes with respect to the motion;

WHEREAS, the time to file Plaintiffs' attorneys' fees motion was extended to May 11, 2007, by joint stipulation entered on April 11, 2007;

WHEREAS, on April 11, 2007, Defendant filed a Motion to Clarify or Alter Judgment, which tolled the time to file any attorneys' fees motion until after resolution of that motion, *see, e.g., Bailey v. County of Riverside*, 414 F.3d 1023, 1025 (9th Cir. 2005);

WHEREAS, on May 17, 2007, the Court denied Defendant's Motion to Clarify or Alter Judgment;

WHEREAS, the time to file Plaintiffs' attorneys' fees motion was extended to June 30, 2007, by joint stipulation entered on May 29, 2007, in order to facilitate settlement discussions;

WHEREAS, counsel for Plaintiffs and Defendant have begun settlement discussions, and are hopeful that they can resolve this issue without further litigation, and they desire a short extension of time so that those discussions and negotiations may proceed prior to the deadline for Plaintiffs to file their motion for attorneys' fees;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among and between Plaintiffs and Defendant, through their counsel of record, that the time for Plaintiffs to file a motion

1

*Melendez, et al. v. Board of Supervisors, et al. (In re County of Monterey Initiative Matter)*
Case No. C 06-01730 JW
JOINT STIPULATION TO FURTHER EXTEND TIME

for attorneys' fees in this action should be extended for 30 days until July 30, 2007.

DATE: June 26, 2007

Respectfully submitted,

STRUMWASSER & WOOCHER LLP
Fredric D. Woocher
Michael J. Strumwasser
Bryce A. Gee

By _____
Fredric D. Woocher

*Attorneys for Plaintiffs William Melendez, et al.*

DATE: June 26, 2007

NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP
Stephen N. Roberts

By _____
Stephen N. Roberts

*Attorneys for Defendant County of Monterey*

IT IS SO ORDERED.    The parties shall file their motion for Attorneys Fees on for before July 30, 2007. The parties shall refer to the court website for the Judge's calendar for the availability to hear the motion.

Dated: June 27 2007

_____
Honorable James Ware
United States District Judge

2

*Melendez, et al. v. Board of Supervisors, et al. (In re County of Monterey Initiative Matter)*
Case No. C 06-01730 JW
JOINT STIPULATION TO FURTHER EXTEND TIME