OFFICE OF THE MONTEREY COUNTY COUNSEL
CHARLES J. MCKEE (SBN 152458), COUNTY COUNSEL
LEROY W. BLANKENSHIP (SBN 065233), ASSISTANT COUNTY COUNSEL
168 W. ALISAL, 3RD FLOOR
SALINAS, CA 93901-2680
Telephone: (831) 755-5045
Facsimile: (831) 755-5283

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
STEPHEN N. ROBERTS (SBN 062538)
50 CALIFORNIA STREET, 34TH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: montereycase@nossaman.com

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
JOHN J. FLYNN III (SBN 076419)
18101 VON KARMAN AVENUE
IRVINE, CA 92612-0177
Telephone: (949) 833-7800
Facsimile: (949) 833-7878
Email: montereycase@nossaman.com

Attorneys for Defendants

IT IS SO ORDERED
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: County of Monterey Initiative Matter<br><br>and<br><br>In re: Monterey Referendum | NO: C 06-02369 JW<br>NO: C 06-01730 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS MOTIONS FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. James Ware<br>Courtroom: 8 |

WHEREAS, Plaintiffs William Melendez, Ken Gray, Jyl Lutes, Carolyn Anderson, LandWatch Monterey County, Rancho San Juan Opposition Coalition, Citizens for Responsible Growth and Julie Engell ("Plaintiffs") have pending motions seeking attorneys' fees and costs from defendants in the consolidated matters of *Melendez v. Board of Supervisors of the County of Monterey* Case No. C 06-01730 JW and *Rancho San Juan Opposition Coalition v. Board of Supervisors of the County of Monterey, et al.* Case No. C 06-02369 JW; and *Madrigal, et al. v. The County of Monterey et al.* Case No. C 06-01407 JW, and *Rangel v. The County of Monterey, et al.* Case No. C 06-02202 JW.

WHEREAS, Plaintiffs and Defendants have settled the amount of attorneys' fees and costs, payment has been made, and Plaintiffs agree that attorneys' fees and costs have been paid in full;

WHEREAS, it is therefore appropriate to withdraw the motion for attorneys' fees and costs as moot;

NOW THEREFORE, the parties hereby stipulate that the motions for attorneys' fees and costs in both consolidated matters are hereby withdrawn.

Dated: January 7, 2008

NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: _____
STEPHEN N. ROBERTS

Attorneys for Defendants
COUNTY OF MONTEREY, THE BOARD OF SUPERVISORS OF THE COUNTY OF MONTEREY, AND ANTHONY ANCHUNDO

Dated: January 7, 2007

STRUMWASSER & WOOCHER LLP

By: _____
FREDRIC D. WOOCHER

Attorneys for Plaintiffs
RANCHO SAN JUAN OPPOSITION COALITION, JULIE ENGELL, WILLIAM MELENDEZ, KEN GRAY, JYL LUTES, CAROLYN ANDERSON, AND LANDWATCH MONTEREY COUNTY

1  IT IS SO ORDERED    The Clerk shall close this file.
2
3
4  Date:   January 10, 2008
5
6  *[signature: James Ware]*
7  Judge James Ware
   United States District Judge
8